# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1881
Lower Tribunal Nos. F99-4493,
F99-13537, & 02-21870-CA-01

_____

**Alvin Williams,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Carlos J. Martinez, Public Defender, and Amy Weber, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.